Michael J. Furbush, Gronek & Latham, LLP, Orlando, FL, for Defendants–Appellees.

Samantha K. Smith, Burgin H. Kent, Bishop, Colvin, Johnson & Kent, Birmingham, AL, for Defendant–Appellee.

Before CARNES, PRYOR and FAY, Circuit Judges.

Before HULL, WILSON and GOLDBERG,\* Circuit Judges.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's order dated June 30, 2005, granting summary judgment in favor of the Defendant–Appellee Walker County Board of Education on the claims of Plaintiff–Appellants Diana Little and Gypsy Stovall.

**AFFIRMED.**

**Diana LITTLE, Gypsy Stovall, Plaintiffs–Appellants,**

v.

**WALKER COUNTY BOARD OF EDUCATION, Defendant–Appellee.**

No. 05–14280.

United States Court of Appeals, Eleventh Circuit.

May 30, 2006.

Charles Clyde Tatum, Jr., Jasper, AL, for Plaintiffs–Appellants.

